UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BOBBY DERRICK GAMBLE,

     Plaintiff,

                                     Case No. 1:16-cv-1118

v.

                                     HONORABLE PAUL L. MALONEY

MUSKEGON COUNTY SHERIFF'S
DEPARTMENT, et al.,

     Defendants.

_____/


## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants.


Dated:  October 19, 2017                     /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge